THE COURT.—■ The appeal in this case involves the same questions presented in the case of *Gin S. Chow* v. *City of Santa Barbara*, (L. A. No. 12834) *ante*, p. 673 [22 Pac. (2d) 5], this day decided, and by stipulation was submitted on the same briefs filed in that case. On the authority of that case the judgment herein is affirmed.

Preston, J., dissented.

Rehearing denied.

Preston, J., dissented.

■

[L. A. No. 12833. In Bank.—April 3, 1933.]

F. W. MATTHIESSEN et al., Appellants, v. CITY OF SANTA BARBARA (a Municipal Corporation), Respondent.

James F. Peck and Charles F. Blackstock for Appellants.

William P. Hubbard, as *Amicus Curiae* on Behalf of Appellants.

J. F. Goux, City Attorney, Heaney, Price & Postel and W. G. Irving for Respondent.

THE COURT.—■ The appeal in this case involves the same questions presented in the case of *Gin S. Chow* v. *City of Santa Barbara*, (L. A. No. 12834) *ante*, p. 673 [22 Pac. (2d) 5], this day decided, and by stipulation was

submitted on the same briefs filed in that case. On the authority of that case the judgment herein is affirmed.

Preston, J., dissented.

Rehearing denied.

Preston, J., dissented.

[L. A. No. 13218. In Bank.—April 3, 1933.]

H. T. THOMPSON, Appellant, v. A. L. NELSON et al., Respondents.

J. L. Royle and Frank L. Hain for Appellants.

M. F. McCormick, Ivan G. McDaniel, Maynard Garrison and Spencer Austrian for Respondents.

THE COURT.— The issues in this case are identical with those involved in *Martin* v. *Nelson*, (L. A. No. 12864) *ante*, p. 669 [20 Pac. (2d) 938], this day decided. On the authority of that case the judgment is reversed.